**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of          Case Number: 1:18-cv-00620

Commodity Futures Trading Commission, Plaintiff
v.
Jiongsheng Zhao, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Commodity Futures Trading Commission

| NAME (Type or print) |
| --- |
| Nicholas S. Sloey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Nicholas S. Sloey |
| FIRM |
| Commodity Futures Trading Commission |
| STREET ADDRESS |
| 4900 Main Street, Suite 500 |
| CITY/STATE/ZIP |
| Kansas City, MO 64112 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| Virginia 75438 | 816-960-7700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐