## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

U.S. Commodity Futures Trading Commission
             Plaintiff,

v.                   Case No.: 1:18−cv−00620
                  Honorable Sara L. Ellis

Jiongsheng Zhao
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

  MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 10/22/2019. Case remains stayed. Status hearing set for 1/21/2020 at 9:30 AM to report on resolution of the case. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.